People v Martinez (2022 NY Slip Op 02882)

People v Martinez

2022 NY Slip Op 02882

Decided on April 28, 2022

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 28, 2022

Before: Gische, J.P., Webber, Friedman, Oing, Kennedy, JJ. 

Ind No. 1948/14 Appeal No. 15819 Case No. 2018-2082 

[*1]The People of The State of New York, Respondent, 
v
Luis Martinez, Defendant-Appellant.

Janet E. Sabel, The Legal Aid Society, New York (Lawrence T. Hausman of counsel), and Nixon Peabody LLP, Jericho (Michal Ovadia of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Felicia A. Yancey of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Raymond L. Bruce, J.), rendered July 20, 2017, unanimously affirmed.
Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 28, 2022